**Opinion issued December 13, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00870-CR
_____

## IN RE CARL DARNELL GAVIN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Carl Darnell Gavin, seeks a writ of mandamus to compel the trial court to vacate its November 9, 2007 order entering judgment nunc pro tunc.[*]

We deny the petition for writ of mandamus.

### PER CURIAM

---

[*]  The underlying case is *State of Texas v. Carl Darnell Gavin*, cause number 1085545, in the 177th District Court of Harris County, Texas. The Honorable Ryan Patrick is the current presiding judge of that court.

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).